ALBERT E. BERGIN, Appellant, v. JOHN R. ANDERSON, Respondent.— Order dismissing complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion for judgment on the pleadings and to strike out the separate defenses in the reply denied, with ten dollars costs. We interpret the defenses in the reply as being an attempt on the part of the pleader to allege that the so-called written agreement of May 2, 1923, was never entered into by plaintiff as a contract for the doing of the work, and was not intended to supplant the contract of April 12, 1923, upon which plaintiff's cause of action is predicated. The answer admits that " during the construction of the said building " the defendant directed certain important additions, and all this was subsequent to the alleged written contracts of May 2, 1923. The reply contains specific denials of all of the allegations of the counterclaim, excepting the payment of the sum

which plaintiff alleges to have been made on account. Reading the pleadings together leads us to the conclusion that the reply should not be construed as admitting the contract to be that which defendant alleges. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.